**FILED**
NOV 16 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO 2:07CR 280 MHT |
| ) | [18 USC § 1344; |
| v. ) | 18 USC § 1028A(a)(1)] |
| ) | |
| TIMOTHY GRANT JONES, ) | |
| a.k.a. "Timothy G. Jones," ) | |
| a.k.a. "Tim Jones" ) | INDICTMENT |

The Grand Jury charges:

At all times relevant to this indictment, Whitney National Bank, Compass Bank, and First Community Bank of Central Alabama were federally-insured financial institutions.

## COUNTS 1-7

From on or about the dates set forth below, in Montgomery County, Alabama, and elsewhere, within the Middle District of Alabama,

TIMOTHY GRANT JONES,
a.k.a. "Timothy G. Jones,"
a.k.a. "Tim Jones,"

defendant herein, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud, and to obtain money owned by and under the custody and control of, Whitney National Bank, by means of false and fraudulent pretenses, representations, and promises. The scheme to defraud consisted of the defendant presenting seven checks drawn on the Whitney National Bank business account for Jones & Jones Properties, Inc., for payment or for deposit, which he then well knew would be insufficient, allowing him to obtain cash withdrawals, to wit:

| Count | Date of Check | Check Number | Payee | Amount |
|---|---|---|---|---|
| 1 | July 7, 2006 | 1115 | Tim Jones | $2,865.00 |
| 2 | July 10, 2006 | 1117 | Tim Jones | $1,950.00 |
| 3 | July 14, 2006 | 1122 | Xtreme Clean | $850.00 |
| 4 | July 26, 2006 | 1133 | Tim Jones | $1,365.00 |
| 5 | August 1, 2006 | 1147 | Xtreme Clean and Interiors | $6,825.00 |
| 6 | August 2, 2006 | 1155 | Xtreme Clean and Interiors | $6,240.00 |
| 7 | August 3, 2006 | 1158 | Xtreme Clean and Interiors | $6,500.00 |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS 8-14

From on or about the dates set forth below, in Montgomery County and Elmore County, Alabama, within the Middle District of Alabama,

>TIMOTHY GRANT JONES,
>a.k.a. "Timothy G. Jones,"
>a.k.a. "Tim Jones,"

defendant herein, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud, and to obtain money owned by and under the custody and control of, Compass Bank and First Community Bank of Central Alabama, by means of false and fraudulent pretenses, representations, and promises. The scheme to defraud consisted of the defendant presenting seven business checks for deposit, which he then well knew would be insufficient, allowing him to obtain cash withdrawals, to wit:

| Count | Date of Check | Check Number | Payee | Amount |
|---|---|---|---|---|
| 8 | September 5, 2006 | 2028 | Xtreme Relocation, LLC | $7,500.00 |
| 9 | September 6, 2006 | 1118 | Xtreme Clean and Interiors, LLC | $8,000.00 |
| 10 | September 6, 2006 | 1012 | Xtreme Clean LLC | $4,900.00 |
| 11 | September 7, 2006 | 2033 | Xtreme Relocation | $8,200.00 |
| 12 | September 7, 2006 | 1014 | Xtreme Clean LLC | $5,100.00 |
| 13 | September 11, 2006 | 2035 | Xtreme Relocation | $8,500.00 |
| 14 | September 12, 2006 | 1015 | Xtreme Clean | $5,400.00 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT 15

1. The allegations set forth above are hereby realleged as if set forth herein.

2. On or about August 15, 2006, in Elmore County, within the Middle District of Alabama, the defendant,

> TIMOTHY GRANT JONES,
> a.k.a. "Timothy G. Jones,"
> a.k.a. "Tim Jones,"

during and in relation to an enumerated felony, namely, bank fraud as charged in Counts 8 through 14 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is the social security account number ending in the numbers 4336, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
Foreperson

-3-

LEURA G. CANARY
UNITED STATES ATTORNEY

Jerusha T. Adams
Assistant United States Attorney