IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr280-MHT |
| | ) | |
| TIMOTHY GRANT JONES | ) | |

**ORDER**

Defendant, TIMOTHY GRANT JONES, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for January 28, 2008 at 9:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The defendant is DIRECTED to be present for the arraignment. The Clerk of Court is directed to furnish a copy of this order to the Federal Defender and mail a copy to the defendant.

DONE this 23rd day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE