IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
        v.                   )    CRIMINAL ACTION NO.
                             )      2:07cr280-MHT
TIMOTHY G. JONES             )

ORDER

It is ORDERED that the motion to continue trial (Doc. No. 14) is denied.  Defendant Timothy G. Jones does not explain _why_ he is unable to complete the settlement negotiations before March 17, 2008.

DONE, this the 4th day of March, 2008.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE