IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr280-MHT |
| TIMOTHY GRANT JONES | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's Motion to Withdraw Notice of Intent to Plea (Doc. #21), it is

ORDERED that the Motion (Doc. #21) is GRANTED. The proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure, currently set for March 10, 2008 at 9:00 a.m., Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama, are hereby CANCELLED.

DONE this 6th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE